# CASOS RESUELTOS FUNDANDOSE EN OPINIONES NO PUBLICADAS EN EXTENSO

El Pueblo, apelado, *v.* Claudio Ayala, apelante.

## Corte de Distrito de Ponce.

No. 2962.—*Visto:* Febrero 11, 1927. *Resuelto:* Febrero 15, 1927.

En este recurso en que se atacó la suficiencia de la prueba, el único testigo de cargo, un policía insular, declaró que en la madrugada del 14 de noviembre, 1925, vió al acusado entrar en el patio de su casa cargando un barrilito, lo observó y lo vió por segunda vez cargando otro. Lo persiguió, no pudo arrestarlo, pero ocupó los barrilitos conteniendo ron. La prueba de descargo tendió a impugnar la declaración del policía en el sentido de que trató de arrestar como autor de la infracción a otra persona que no era el acusado, a los efectos de demostrar su falta de seguridad en el conocimiento de éste.

*Se confirmó* la sentencia condenatoria porque nada demuestra que la corte abusara del poder que tenía para dirimir el conflicto de la prueba.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.